Before STATE INDUSTRIAL BOARD, Respondent. ANONTE COSIMO, Respondent, v. CAROLYN LAUNDRY, INC., and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the findings do not show any permanent disability, and there is no legal evidence to sustain a schedule award. All concur.

THOMAS H. CASSIDY, Respondent, v. JOSEPH M. PURCELL, Appellant, Impleaded with PATRICK J. CASSIDY, Defendant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on the ground that it was error to receive in evidence the real estate mortgage and the chattel mortgage, and oral proof in relation thereto. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS CALLAHAN, Respondent, v. FREDERICK SNARE CORPORATION and Another,· Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. E. DENGLER (Death of GEORGE GFROEHER), Respondent, v. COHN-HALL-MARX COMPANY and Another, Appellants. — Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM DELAHAY, Respondent, v. E. W. BLISS COMPANY and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event on the authority of Bellanca v. Spencer Lens Co. (ante, p. 824). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. LEOPOLD DEUTSCH, Respondent, v. DEUTSCH BROTHERS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board, on the ground that the appellants consented to the award.

Before STATE INDUSTRIAL BOARD, Respondent. ANNIE DORIS and Others, Respondents, v. NATIONAL BISCUIT COMPANY, Appellant.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no finding as to what caused the deceased to fall. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ANDREW DREISS, Respondent, v. W. P. TAYLOR COMPANY and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence of a disability continuing after December 18, 1924. All concur.

LOUIS DREAZEN, Respondent, v. SAMUEL GOLDSHEIN and Another, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs.

FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, Respondent, v. JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Appellant, Impleaded with Another, Defendant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. ANNIE FROMOWITZ, Respondent, v. NORTHAMERICAN KNITTING MILLS and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award is based upon reduced earning capacity computed upon a theoretical basis and not sustained by any evidence. All concur.